IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD JOSEPH CYCENAS,

    Plaintiff,

v.

JAMES FLANIGAN, BEVERLY FLANIGAN,
DAVID L. GRINDELL, DONNA
GRINDELL, CANDACE FITZGERALD,
PHILIP LINDEMAN, HELEN LINDEMAN,
CHARLES AWE, TRACY FINCH,
BURNETT COUNTY, DANIEL PETERSON,
KARLA PETERSON, EDWARD FISHER,
KELLY FISHER, TIMOTHY TJADER,
DONNA TJADER, TOWN OF DANIELS,
CARL LIPPERT and DEBBIE LIPPERT,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-253-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants granting their motions to dismiss for plaintiff's failure to state a claim upon which relief may be granted.

*Peter Oppeneer*      10/12/10

Peter Oppeneer, Clerk of Court      Date

Case: 3:10-cv-00253-bbc   Document #: 39   Filed: 10/12/10   Page 2 of 2